IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD EVANS, derivatively on behalf of UNITED DEVELOPMENT FUNDING IV, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-cv-00635-M |
| HOLLIS M. GREENLAW, PHILIP K. MARSHALL, J. HEATH MALONE, STEVEN J. FINKLE, JOHN R. RAY, TODD ETTER, UMTH GENERAL SERVICES, L.P., and UMTH LAND DEVELOPMENT, L.P., | § § § § § § § | |
| Defendants, | § § | |
| -and- | § § | |
| UNITED DEVELOPMENT FUNDING IV, | § § | |
| Nominal Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings [Docket Entry #46].

The Motion is **GRANTED**.  This action is **STAYED** pending final judgment or other final order

of this Court in the pending consolidated securities class action *In re United Development*

*Funding IV Securities Litigation*, No. 3:15-cv-4030-M, or other order modifying the stay.

Plaintiff will file a motion to lift the stay no later than thirty days after such judgment or order.

The Clerk of Court will administratively close this case for statistical purposes.

1

**SO ORDERED.**

May 18, 2016.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**